**COUNTY OF GUILFORD v. NATIONAL UNION FIRE INS. CO.**

[333 N.C. 568 (1993)]

COUNTY OF GUILFORD v. NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., AND JEFFERSON INSURANCE COMPANY OF
NEW YORK

No. 417A92

(Filed 7 May 1993)

Appeal by defendant Jefferson Insurance Company of New York pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 108 N.C. App. 1, 422 S.E.2d 360 (1992), reversing the judgment of Rousseau, J., entered 21 May 1991 in Superior Court, Guilford County. Heard in the Supreme Court 14 April 1993.

*Jonathan V. Maxwell, County Attorney and J. Edwin Pons, Deputy County Attorney, for plaintiff-appellee.*

*Nichols, Caffrey, Hill, Evans & Murrelle, by Richard L. Pinto and ToNola D. Brown, for defendant-appellant Jefferson Insurance Company of New York.*

PER CURIAM.

AFFIRMED.